Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiff was sustained.

**No. 62075.**—Overseas Leather Importing Co. and H. A. Gogarty, Inc. *v.* United States, protests 318894–K and 324918–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiffs was sustained.

**No. 62076.**—Felix Lorenzoni *v.* United States, protests 262564–K, etc. (Philadelphia).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of marble slabs similar in all material respects to those the subject of *United States* v. *General Shipping & Trading Co. et al.* (44 C. C. P. A. 168, C. A. D. 656), the merchandise was held dutiable as follows: (1) The items marked "A" at 7 cents per superficial foot under paragraph 232 (b), as modified, *supra*; (2) the items marked "B" at 8 cents per superficial foot under said modified paragraph; and (3) the item marked "C" at 9½ cents per superficial foot under said modified paragraph.

**No. 62077.**—Allied French Furs, Inc., and William H. Emig et al. *v.* United States, protests 148253–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of kidskins the same in all material respects as those the subject of *Joseph Rotberg & Co., Inc., et al.* v. *United States* (40 Cust. Ct. 22, C. D. 1952), the claim for free entry under paragraph 1681 was sustained.

**No. 62078.**—W. J. Byrnes & Co. of N. Y., Inc., and The Manves Co. et al. *v.* United States, protests 148993–K, etc. (New York).